ANDREWS *v.* DILANO *et al.*

HEAD, Justice. The sole question before this court is whether or not the verdict is supported by any evidence. The evidence is not without conflict in several material particulars, but the verdict is supported by some evidence; and the finding of the jury having been approved by the trial judge, his discretion in denying a new trial will not be disturbed.                *Judgment affirmed. All the Justices concur.*

No. 16843.   OCTOBER 12, 1949.

*Francis Y. Fife* and *Marvin G. Russell,* for plaintiff in error.

*J. Ralph McClelland Jr.,* and *George & John L. Westmoreland,* contra.